# WILSON SONSINI

1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
PHONE 212.999.5800
FAX 212.999.5899
www.wsgr.com

November 28, 2023

**VIA EMAIL AND ECF**

The Honorable Laura Taylor Swain
Chief Judge
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, New York 10007-1312

**MEMO ENDORSED**

Re: *United States v. Mohamed Elmandouh et al.*,
No. 1:21-cr-00592-LTS

Dear Chief Judge Swain:

We represent Mohamed Elmandouh in the above-captioned matter. Mr. Elmandouh was sentenced by Your Honor on November 16, 2023. We write to respectfully request that this Court enter an order permitting Pretrial Services to return his United States and Egyptian passports. Pretrial Services has requested such an order from Your Honor before it will release these items to Mr. Elmandouh.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Jessica Lonergan*
Jessica Lonergan
Morris J. Fodeman
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: 212-999-5800
Email: jlonergan@wsgr.com

*Counsel for Defendant Mohamed Elmandouh*

The foregoing request is granted. Pretrial Services is respectfully directed to return Mr. Elmandouh's passports. DE#253 resolved.
SO ORDERED.
November 29, 2023
/s/ Laura Taylor Swain, Chief USDJ