**WILSON SONSINI**

Wilson Sonsini Goodrich & Rosati
Professional Corporation

1301 Avenue of the Americas
40th Floor
New York, New York 10019-6022

O: 212.999.5800
F: 866.974.7329

June 28, 2024

**VIA CM/ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re: *United States v. Mohamed Elmandouh et al.*
    No. 1:21-cr-00592-LTS

Dear Chief Judge Swain:

We represent Mohamed Elmandouh in the above-captioned matter. On April 29, 2024, we respectfully requested that the Court modify Mr. Elmandouh's conditions of probation to allow him to travel internationally with his family for religious observance in Saudi Arabia and to visit family in Egypt. ECF No. 298. On May 3, 2024, the Court granted the request. ECF No. 300.

Mr. Elmandouh's trip is scheduled to begin on July 21, 2024, and end on August 17, 2024. Mr. Elmandouh's brother purchased all of the airline tickets and, to save money, scheduled a layover in Switzerland, from August 14 to August 17, on the return flight.

Probation has requested Mr. Elmandouh obtain Court approval before it authorizes this portion of his itinerary. Thus, we respectfully request the Court modify Mr. Elmandouh's condition of probation to permit his layover in Switzerland as part of this upcoming international travel.

We have conferred with the U.S. Attorney's Office, who defers to probation.

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*s/ Jessica Lonergan*
Jessica Lonergan
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: 212-999-5800
Email: jlonergan@wsgr.com

*Counsel for Defendant Mohamed Elmandouh*

The foregoing travel request is granted.
DE #307 is resolved.
SO ORDERED.
July 1, 2024
/s/ Laura Taylor Swain, Chief USDJ

cc: AUSA Timothy Capozzi (via CM/ECF and email)
    Probation Officer Lisa Famularo (via email)