UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,

       Plaintiff,

    -v-                          No.  21-CR-00592-LTS-4

MOHAMED ELMANDOUH,

       Defendant.

--------------------------------------------------------x

ORDER

Defendant has filed a request for early termination of probation.  (Docket entry no. 444.)  The Government is directed to file a response **by May 13, 2026**.  Defendant is directed to file a reply, if any, **by May 27, 2026**.

      SO ORDERED.

Dated: New York, New York
      May 4, 2026

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              United States District Judge